```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 53304
   JASON PEDRICK
   REBEKAH PEDRICK                              CHAPTER 13

                                                JUDGE: BRUCE W BLACK
         Debtor
   SSN XXX-XX-9235    SSN XXX-XX-6645

-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.   The case was filed on 10/13/05 and confirmed on 01/11/06.

     2.   The plan is paid in full.

     3.   The Debtor paid a total of $   3024.00 .

     4.   The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| HOMEQ SERVICING CORP | CURRENT MORTG | .00 | .00 | .00 |
| PONTIAC NATIONAL | SECURED VEHIC | .00 | .00 | .00 |
| WEST SUBURBAN BANK | SECURED | .00 | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 643.33 | .00 | 83.75 |
| DISCOVER BANK | UNSECURED | 3461.45 | .00 | 450.60 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1550.00 | .00 | 201.77 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 9685.27 | .00 | 1260.80 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | .00 | 15340.05 | .00 | 15340.05 |
| PRINCIPAL PAID | .00 | .00 | 1996.92 | .00 | 1996.92 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | 1996.92 | .00 | 1996.92 |

```
The Debtor's attorney, PATRICK A MESZAROS            , was allowed $   1400.00
and was paid $    500.00   direct and $    900.00   through the plan.

The Trustee received $    127.08 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 02/10/09                        /S/
```

GLENN STEARNS
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 05 B 53304 JASON PEDRICK & REBEKAH PEDRICK